**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ZEPP INC., ZEPP NORTH AMERICA INC., | |
| Plaintiffs, | |
| v. | Civil Action No. 2:26-cv-316 |
| ŌURA HEALTH OY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Zepp Inc. and Zepp North America Inc. ("Zepp NA") (collectively, "Plaintiffs") file this Complaint for Patent Infringement against Defendant Ōura Health Oy ("Oura" and/or "Defendant"), and allege as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement of U.S. Patent Nos. 8,781,610 ("the '610 Patent"); 8,989,441 ("the '441 Patent"); 9,729,693 ("the '693 Patent"); 10,959,649 ("the '649 Patent"); 11,806,120 ("the '120 Patent"); and 10,624,575 ("the '575 Patent") (collectively, the "Asserted Patents"). This action arises under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq*.

**PARTIES**

2. Zepp Inc. is a wholly owned subsidiary of Zepp Health Corporation ("Zepp Health") and is a corporation organized and existing under the laws of Delaware, with a principal place of business at 1551 McCarthy Blvd., Suite 107, Milpitas, California, 95035.

3.      Zepp NA is a wholly owned subsidiary of Zepp Health and is a corporation organized and existing under the laws of Delaware, with a principal place of business at 3090 Bristol Street, Suite 400, Costa Mesa, California, 92626.

4.      On information and belief, Oura is a Finnish company with its principal place of business at Elektroniikkatie 10, 90590, Oulu, Finland.

## FACTUAL BACKGROUND

5.      Zepp Health was originally founded in 2013 as Huami Corporation with the goal of bringing individuals across the globe the power to take control of their overall well-being through intelligent healthcare tools.  In 2021 the company changed its parent name to Zepp Health Corporation to better reflect its commitment to connecting health with technology.

6.      Since its inception in 2013, Zepp Health has been committed to growing and serving the healthcare technology sector to bring its customers and individuals across the globe easy access to their personal biometrics and health data.  Specifically, Zepp Health has worked to develop affordable and convenient platforms of proprietary health tracking technology including biometric sensors, AI chips, and health data algorithms.  Plaintiffs' proprietary technology helps individuals track, follow, understand, and achieve their health goals and personal biometrics.  These platforms not only help their customers better understand their health, but also provide insights to healthcare providers, employers, treatment companies, and many others in the health care market.

7.      Plaintiffs' technology helps drive a broadening line of smart wearable health devices for customers, and analytics services for population health.  This technology encompasses a broad range of wearable fitness devices including the Amazfit brand of smartwatches, rings, smart bands, and ear bud headphones.  Plaintiffs' smart sensing wearables are packed full of

technology including cutting-edge BioTracker PPG optical sensors paired with applications like Zepp Digital Health Management Platform—which provides 24/7 actionable insights, linkage to its BioTracker PPG sensors, personalized sleep reports, and generative AI-powered solutions such as Zepp Coach and Zepp Flow.  Zepp Coach is a coaching algorithm that provides tailored guidance for an individual's specific needs.  Zepp Flow is a voice assistant that communicates through language recognition to help improve health and fitness.

8.      Plaintiffs are global leaders in smart wearable health tracking technology and devices.  Plaintiffs have quickly established global recognition, serving more than 42 million daily users in over 90 countries.

9.      Upon information and belief, Oura manufactures and sells wearable health and activity tracking devices including at least the Oura Ring Gen 3 and Oura Ring Gen 4, as well as a software application known or marketed under the name Oura Application.

10.     This action relates to Oura's manufacture, marketing, promotion, use, importation, offers for sale, and sales of wearable health and activity tracking devices, including at least the Oura Ring Gen 3, the Oura Ring Gen 4, the Oura Application, and all reasonably similar products (collectively, the "Accused Products") that individually or in combination infringe Plaintiffs' Asserted Patents.

11.     As non-limiting examples, the Accused Products practice methods for recognizing ball game motions using motion parameters obtained from sensors.  The Accused Products practice methods of motion data collection and transmission having reduced power consumption and wireless channel transmission demands.  The Accused Products practice methods of determining whether a device is being worn by a user via a series of voltage threshold checks and signal quality metrics.  The Accused Products practice methods for accurately determining a user's stride length,

3

pace, and speed, particularly when GPS information is limited or unavailable.  And the Accused Products practice methods for providing a health-predictive activity score using wearable device heart rate data, motion data, and an aggregate, weighted heartbeat value.

## JURISDICTION AND VENUE

12.     Jurisdiction and venue for this action are proper in this Judicial District.

13.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*  This Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

14.     This Court has personal jurisdiction over Oura.  Oura has met the minimum contacts requirement with the United States as a whole and with Texas such that subjecting Oura to jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. Upon information and belief, Oura directly and indirectly through intermediaries (such as subsidiaries, retailers, distributors, and others) has purposely availed itself of the laws and protections of the United States by knowingly importing, shipping, distributing, selling, offering for sale, advertising, and using the infringing Accused Products in the United States, the State of Texas, and this Judicial District.  Oura has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that the infringing Accused Products will be purchased by consumers in the United States, the State of Texas, and this Judicial District.

15.     For example, upon information and belief, Oura has sold the infringing Accused Products with the expectation that they will be purchased by consumers in this District or has authorized retailers and distributors in the State of Texas and this Judicial District for the products

4

alleged to be infringing in this Complaint.  Accordingly, Oura has derived substantial revenues from its infringing acts occurring within the State of Texas and this Judicial District.  On information and belief, these infringing Accused Products have been, and continue to be, purchased by consumers in this Judicial District.  It is from this reoccurring activity for which Plaintiffs' claims for patent infringement arise.

16.     For example, the Oura Ring Gen 4 is available for purchase at a Best Buy location at 5514 S Broadway Ave, Tyler TX 75703.



*Oura   Ring   Gen   4   Product   Listing*,   BEST   BUY   WEBSITE,   available   at https://www.bestbuy.com/product/oura-ring-4-smart-ring-size-before-you-buy-with-or4-sizing-kit-size-11-black-2024/CT2962VZC4 (last accessed March 2026).



*Id.*

17.    As another example, the Oura Ring Gen 3 and Oura Ring Gen 4 can be ordered on Amazon.  Amazon's website is interactive and allows purchasers to view, order, and buy Oura products in Texas and this Judicial District, as well as to ship those products to locations within Texas and this Judicial District.



*Oura Ring Gen 3 Product Listing*, AMAZON WEBSITE, available at https://www.amazon.com/stores/page/B0563C8C-D669-4483-9776-D280087FCA68?ingress=2&lp_context_asin=B0CSR7G7NX&visitId=2c703be0-f611-4aad-a5bf-32dc52a03c70&store_ref=bl_ast_dp_brandlogo_sto&ref_=ast_bln (last accessed April 2026).



*Oura Ring Gen 4 Product Listing*, AMAZON WEBSITE, available at https://www.amazon.com/stores/page/68E5CC98-508D-4C1A-9546-434BA7FEC4CF?ingress=2&lp_context_asin=B0D9WT1S2T&lp_context_query=Oura%20Gen%204&visitId=1c0cfeef-7b19-4cc9-811e-d6402dd38493&store_ref=bl_ast_dp_brandlogo_sto&ref_=ast_bln (last accessed April 2026).

18.     On information and belief, Oura operates the websites https://support.ouraring.com and https://ouraring.com.

19.     The https://support.ouraring.com website lists additional U.S. storefronts and websites through which American consumers (including in Texas and this Judicial District) can purchase Oura products, including the Accused Products.

## Retailers by Region

Below is a partial list of retailers that sell Oura products.

### North America

- Amazon.com
- Amazon.ca
- Bestbuy.com
- Bestbuy.ca
- Costco.com
- Liverpool.com.mx
- Target
- Walmart.com

*Oura Support and Retail Purchases*, OURARING WEBSITE, available at https://support.ouraring.com/hc/en-us/articles/18852337038227-Retail-Purchases#h_01JZQQJ2Z24TJ3RHA2G0PAW36D (last accessed April 2026).

20.     Further, the https://ouraring.com website offers a "Shop" option where United States consumers (including in Texas and this Judicial District) can purchase Oura products, including the Oura Ring Gen 4.



*Shop Oura*, OURARING WEBSITE, available at https://ouraring.com/store/rings/oura-ring-4/silver (last accessed April 2026).



*Id.*

21.    Oura's online Shop is interactive and allows purchasers to view, order, and buy its products in Texas and this Judicial District, as well as to ship its products to locations within Texas and this Judicial District.  For example, and as shown above, the store includes an "Add to Cart" choice that a purchaser can select to place products into his or her cart.  The purchaser can then check out, make online payment for the purchased products, and provide shipping information for delivery of the purchased products to locations within Texas and this Judicial District.



*Shop Oura*, OURARING WEBSITE, available at https://ouraring.com/checkout (last accessed April 2026).

22.    Accordingly, Oura is subject to the personal jurisdiction of this Court, due to, among other things, Oura's purposeful, continuous, and systematic contacts with Texas and with this Judicial District via its sales and offers for sale of the infringing Accused Products to customers and Oura's inducement of infringement by customers within this Judicial District.

23.    On information and belief, Oura has purposefully and voluntarily placed one or more of its infringing products into the stream of commerce with the expectation that those products will be purchased and used by customers or consumers in this Judicial District, including the Accused Products.  On information and belief, Oura's customers in Texas and this Judicial District have purchased and used infringing products including the Accused Products.  Oura therefore has committed acts of infringement within the Eastern District of Texas giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Oura would not offend traditional notions of fair play and substantial justice.

24.    Venue is proper in this Judicial District under 28 U.S.C. §§ 1391(a)–(d) and 1400(b).  Oura is a foreign corporation that does not reside in any judicial district in the United States, and as such, may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Additionally, Oura has committed, and continues to commit, acts of patent infringement in this Judicial District, and Plaintiffs have suffered harm as a result in this Judicial District.

## THE ASSERTED PATENTS

### A.    The '610 Patent

25.    The '610 Patent, entitled METHOD OF BALL GAME MOTION RECOGNITION, APPARATUS FOR THE SAME, AND MOTION ASSISTING DEVICE, was duly and legally issued on July 15, 2014, by the United States Patent and Trademark Office.  U.S. Application No. 13/269,216, filed on October 7, 2011, issued as the '610 Patent and claims benefit

12

of CN201110111602.0, filed April 29, 2011.  The inventor of the '610 Patent is Zheng Han.  A true and correct copy of the '610 Patent is attached as **Exhibit A**.

26.    Zepp NA is the owner of the entire right, title, and interest in the '610 Patent.  Zepp NA has the right to enforce the '610 Patent and to collect damages for any infringement thereof, including for past infringement.

27.    The '610 Patent is directed to technology for recognizing ball game motions using motion parameters obtained from sensors.  '610 Patent 1:14-16.  The '610 Patent addresses the need to recognize and distinguish sport motions from non-sport motions in various ball games, such as golf, soccer, badminton, and volleyball.  As the '610 Patent explains, "[w]hen motion parameters such as information of acceleration, velocity and position of a moving object are obtained, it is generally required to extract a section of integrated motion and to perform path display or expert evaluation based on the motion parameters of the integrated motion section." *Id.* at 1:29-33.  The '610 Patent also explains that "[t]o conveniently display, analyze or evaluate the sport motions, it is required to recognize a section of sport motion," within motion data.  *Id.* at 1:42-44.

28.    The '610 Patent provides a method and apparatus for a "[p]ath and stance recognition for a spatial accelerated motion," which includes "detecting position and intersection angles at each time in the moving process of an object, and obtaining the real-time velocity of the object."  The broadly applicable method allows for better ball-sport motion data analysis via "recognition and differentiation between sport motions and other non-sport motions." *Id.* at 1:20-25.  The apparatus The '610 Patent discloses a method and apparatus that utilizes MEMS sensor devices which can include "a tri-axial accelerometer, a tri-axial gyroscope, and a tri-axial

magnetometer" to sample motion data including acceleration, angular velocity, and angle of a recognized object.  The claimed invention operates by:

> (A) obtaining motion parameters corresponding to each sampling time for a motion; (B) extracting feature points according to predetermined feature point recognition tactics utilizing the motion parameters obtained, wherein the feature point recognition tactics comprise recognition tactics of at least three types of the feature points, comprising: power-assisting path early stage corresponding feature point, motion top point corresponding feature point, and ball hitting time corresponding feature point; and (C) recognizing the motion as a predetermined ball game type if the feature points extracted satisfy feature point requirements of the predetermined ball game type.

*Id.* at 1:59-2:6.

29.    The '610 Patent further provides that ball game motion recognition that includes obtaining motion parameters at each sampling time, extracting feature points according to predetermined recognition tactics for at least three types of feature points (power-assisting path early stage corresponding feature point, motion top point corresponding feature point, and ball hitting time corresponding feature point), and recognizing the motion as a predetermined ball game type when the extracted feature points satisfy feature point requirements of the predetermined ball game type.  The '610 Patent further describes an apparatus to perform the method.

14

**B.      The '441 Patent**

30.      The '441 Patent, entitled DATA ACQUISITION METHOD AND DEVICE FOR MOTION RECOGNITION, MOTION RECOGNITION SYSTEM AND COMPUTER READABLE STORAGE MEDIUM, was duly and legally issued on March 24, 2015, by the United States Patent and Trademark Office.  U.S. Application No. 13/846,700, filed on March 18, 2013, issued as the '441 Patent and claims benefit of CN201310049750, filed February 7, 2013. The inventors of the '441 Patent are Zheng Han, Xiaowei Dai, and Mi Chen.  A true and correct copy of the '441 Patent is attached as **Exhibit B**.

31.      Zepp NA is the owner of the entire right, title, and interest in the '441 Patent.  Zepp NA has the right to enforce the '441 Patent and to collect damages for any infringement thereof, including for past infringement.

32.      The '441 Patent provides a method of motion data collection and transmission which reduces overall power consumption and wireless channel demands.

33.      As the '441 Patent explains, wearable devices commonly collect motion information from motion sensors such as gyroscopes or accelerometers.  In conventional devices, the motion data collected from the wearable device motion sensors can be sent to another intelligent terminal, such as a phone or tablet, for further motion analysis.  In such devices, the motion data is transmitted in real time to the intelligent terminal.

34.      Pre-existing motion data collection and communication methods, particularly those associated with a high sensor sampling rates, are resource intensive.  For example, transmission of the large amount of data collected by motion sensors creates an increased power demand and pressures wireless communication channels.

35.    The '441 Patent provides a solution to reduce power demands and reduce wireless communication pressures associated with motion data communication.  For example, the '441 Patent provides performing an initial recognition of motion data from a sensor around a triggering point.  The collected motion data is stored in motion frames on a data storage module.  The motion data is then communicated to a motion computing device  or terminal through a communication module.  In this way, the '441 Patent reduces both the power and wireless bandwidth demands traditionally associated with communicating motion data, such as between a wearable device and a terminal.

**C.    The '693 Patent**

36.    The '693 Patent, entitled DETERMINING MEASUREMENT CONFIDENCE FOR DATA COLLECTED FROM SENSORS OF A WEARABLE DEVICE, was duly and legally issued on August 8, 2017, by the United States Patent and Trademark Office.  U.S. Application No. 15/346,555, filed on November 8, 2016, issued as the '693 Patent and claims benefit of Provisional Application No. 62/346,732, filed June 7, 2016.  The inventor of the '693 Patent is Joseph Munaretto.  A true and correct copy of the '693 Patent is attached as **Exhibit C**.

37.    Zepp Inc. is the owner of the entire right, title, and interest in the '693 Patent.  Zepp Inc. has the right to enforce the '693 Patent and to collect damages for any infringement thereof, including for past infringement.

38.    The '693 Patent uses a series of voltage threshold checks and signal quality metrics to determine whether a wearable device is actually being worn by a user, thereby ensuring confidence in the sensor data being collected.

39.    As the '693 Patent explains, wearable device sensor data confidence measurements are important for processing and presenting correct information about collected sensor data.  For

16

example, sensor data having a low confidence measure may be noise collected along with minor physiological signals.  Sensor data having a low confidence measure may have been collected in error, such as when the individual is not wearing the device through which the data was collected.

40.    The '693 Patent further explains that in pre-existing sensor data confidence determination methods face certain shortcomings.  For example, existing solutions commonly face challenges in reliably determining whether a device is actively being worn by a user.  Further, existing solutions commonly face challenges in assessing the confidence of biometric data collected in real-time.  Existing solutions, particularly involving wearable light-detection based sensors, may also mistakenly collect data from light sources that mimic the light reflection properties of human skin, resulting in data not accurately indicative of the user's biometrics.

41.    The '693 Patent provides solutions to problems associated with determining wearable device sensor data confidence.  For example, the '693 Patent introduces new ways to reliably determine that collected biometric data is accurate and indicative to a user's actual biometrics.  The '693 Patent further enables processing of collected sensor data to differentiate actual user biometric data from non-biometric data or noise.

**D.    The '649 Patent**

42.    The '649 Patent, entitled SYSTEMS AND METHODS FOR STRIDE LENGTH CALIBRATION, was duly and legally issued on March 30, 2021, by the United States Patent and Trademark Office.  U.S. Application No. 14/608,571, filed on January 29, 2015, issued as the '649 Patent.  The inventor of the '649 Patent is Ming Shun Fei.  A true and correct copy of the '649 Patent is attached as **Exhibit D**.

17

43.    Zepp NA is the owner of the entire right, title, and interest in the '649 Patent.  Zepp NA has the right to enforce the '649 Patent and to collect damages for any infringement thereof, including for past infringement.

44.    The '649 Patent is directed to systems, devices, and methods for activity monitoring and physical training through wearable or portable devices.  '649 Patent 1:1-9.  As described in the specification, the '649 Patent addresses a critical limitation in existing activity tracking technology, providing "improved systems, devices, and techniques for determining, among other things, a user's stride length, pace, and speed, particularly when GPS information is limited or unavailable."  *Id.* at 1:37-39.  The disclosed technology enables monitoring devices to function accurately in environments where GPS signals are absent, such as indoor gyms, treadmills, or tracks, by leveraging accelerometer data and user-specific information to calculate activity metrics.  *Id.* at 3:25-31.

45.    As the '649 Patent explains, a user's stride length, pace, and speed information become more difficult to calculate when no GPS data is available or when a user's position isn't changing (e g, the user is on a treadmill).  The '649 Patent further explains that accurate calculation of stride length may be further complicated based on the variance of a user's stride length at different paces or speeds.

46.    The '649 Patent provides a solution to the problem of determining a user's stride length, pace, and speed, even when GPS information is limited or unavailable while ensuring the accuracy, reliability, and durability of such information.

47.    The '649 Patent covers an activity tracking apparatus comprising sensor modules with at least one accelerometer configured to detect acceleration information associated with movement of a user.  The '649 Patent claims further encompass functionality to "calculate a

moving average of the verified first stride length over at least two activity sessions" and to adjust stride length determinations based on verified measurements, enabling the apparatus to provide accurate activity metrics in varying conditions.

**E.      The '120 Patent**

48.      The '120 Patent, entitled HEALTH RISK INDICATOR DETERMINATION, was duly and legally issued on November 7, 2023, by the United States Patent and Trademark Office. U.S. Application No. 17/167,704, filed on February 4, 2021, was issued as the '120 Patent and is a continuation of U.S. Application No. 14/565,860, filed December 10, 2014, now U.S. Patent No. 10,973,421.  The inventors of the '120 Patent are Ulrik Wisløff and Christian Ragnar Gutvik.  A true and correct copy of the '120 Patent is attached as **Exhibit E**.

49.      Zepp NA is the owner of the entire right, title, and interest in the '120 Patent.  Zepp NA has the right to enforce the '120 Patent and to collect damages for any infringement thereof, including for past infringement.

50.      The '120 Patent provides an accurate, health-predictive activity score of a wearable device user using heart rate data, motion data, and an aggregate, weighted heartbeat value.

51.      As the '120 Patent explains, physical inactivity is a major cause of premature death worldwide.  And it is well-established that most adults do not fulfill the criteria of current recommendations for physical activity.  The '120 Patent also explains that navigating exercise advice and recommendations as to how long one should exercise can prove confusing and frustrating, leading to a lack of motivation to exercise.

52.      The '120 Patent further explains that pre-existing fitness monitoring devices are based on motion sensing alone, which can lead to inaccurate estimation of activity levels when motion sensing data does not correlate with actual activity.  Further, the '120 Patent explains that

while some fitness monitoring devices are based on personal heart rate monitors, such devices tend to be narrowly aimed at fitness enthusiasts wishing to track their training and do not provide meaningful health risk indications.

53.      The '120 Patent provides the solution of accurate, yet simple and unified, recommendations about a user's activity level, which directly links to the user's health.  The user's heart rate data is collected according to a variable sampling rate.  The user's expected heart rate level is determined based on the user's activity.  An aggregate heartbeat value is created by weighting the heart rate values based on how they correlate with the user's activity.  A health-predictive activity score is then calculated, accurate and specific to the user.

**F.      The '575 Patent**

54.      The '575 Patent, entitled MONITORING SLEEP USING MICROACTIVITY STATES, was duly and legally issued on April 21, 2020, by the United States Patent and Trademark Office.  U.S. Application No. 15/497,623, filed on April 26, 2017, was issued as the '575 Patent and claims benefit to CN Application No. 201510939058.7, filed on December 14, 2015.  The inventors of the '575 Patent are Feifei Zhang and Xiaoming Ren.  A true and correct copy of the '575 Patent is attached as **Exhibit F**.

55.      Zepp NA is the owner of the entire right, title, and interest in the '575 Patent.  Zepp NA has the right to enforce the '575 Patent and to collect damages for any infringement thereof, including for past infringement.

56.      The '575 Patent provides a method, a wearable device, and an apparatus for monitoring sleep of a user by analyzing the user's microactivity state.

57.      As the '575 Patent explains, a wearable device can be used to record activity amount of a user to determine a sleep state of the user, and evaluate sleep quality of the user using

20

the sleep state.  But some microactivities of the user before or after sleep (e.g., reading, using a cell phone, etc.) are similar to those in the sleep state, making it difficult to accurately recognize the microactivities of the user, which can affect monitoring the sleep quality of the user.

58.     The '575 Patent provides a technical solution that can reduce interference in monitoring sleep quality from microactivities before bed or after waking up.  The activity amount is determined based on accelerometer data collected by the wearable device, and the method is used to accurately determine microactivity states of a user so that microactivities of the user before or after sleep (e.g., reading, using mobile phones) can be distinguished from microactivities of the user in a sleep state.

## COUNT I: INFRINGEMENT OF THE '610 PATENT

59.     Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

60.     Without a license or permission from Plaintiffs, Oura has infringed and is continuing to infringe one or more claims of the '610 Patent, directly, indirectly, or by the doctrine of equivalents, by importing, using, offering for sale, or selling the Accused Products in violation of 35 U.S.C. § 271.

61.     Oura enables and induces end users and customers of the Accused Products in the United States to infringe one or more claims of the '610 Patent by, for example providing documentation, support services, and marketing materials to its United States customers which direct those end users and customers to directly infringe one or more claims of the '610 Patent. *See*, *e.g.*, How to Use the Oura App, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360058599753-How-to-Use-the-Oura-App    (last accessed April 2026); Previous Oura Ring Generations, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/4409072131091-Oura-Ring-Generation-3    (last

21

accessed April 2026); Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM, available at https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ (last accessed April 2026); Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026); Technology in Oura Ring Gen3, OURARING.COM, available at https://ouraring.com/blog/ring-technology/?srsltid=AfmBOoqUwiuN5Vb6Yn-mSCygFiUH6wEh9OzA2yIdndDfIX1eSLTMl26w (last accessed April 2026).

62.     Oura aids, instructs, supports, markets, and otherwise acts with specific intent to cause end users and customers located in the United States (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '610 Patent.  Further, Oura designs and manufactures the Accused Products with the specific intent for United States customers (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '610 Patent.  Oura has had knowledge of the '610 Patent at least since the filing of this Complaint.

A.     **Oura Ring Gen 3**

63.     On information and belief, the Oura Ring Gen 3 product is designed and manufactured for the United States market.

64.     The Accused Products, including at least the Oura Ring Gen 3, performs all the steps of, for example, claim 1 of the '610 Patent.

65.     The Oura Ring Gen 3 practices a method of ball game motion recognition.  The Oura Ring Gen 3 performs Automatic Activity Detection, which includes identifying a particular ball game a user is performing.

22

**What Is Automatic Activity Detection?**

AAD automatically reports all detected physical activity captured by your Oura Ring—suggesting the time, duration, type, and intensity of activities you take part in. The Oura Ring uses a 3D accelerometer and pre-trained algorithms to track your daily movement and identify activity patterns.

**Most Popular Activities Detectable by AAD**

Here is a list of the most popular activities that can be automatically detected by the Oura Ring. This is not a comprehensive list of *all* activities Oura can pick up. If you're unsure if a certain activity is detectable by Oura, you can test it by wearing your ring while completing your activity and then checking the Oura App home screen for an AAD card.

| | | |
|---|---|---|
| Badminton | HIIT | Strength Training |
| Barre | Hiking | Stretching |
| Basketball | Horseback Riding | Surfing |
| Boxing | Housework | Swimming |
| Core Exercise | Kettlebell | Table Tennis |
| Cross Country Skiing | Martial Arts | Tennis |
| Cross Training | Motorsport | Trampoline |
| Cycling | Pickleball | Volleyball |
| Dance | Pilates | Walking |
| Downhill Skiing | Rowing | Water Fitness |
| Elliptical | Running | Yardwork |
| Fitness Class | Snowboarding | Yoga |
| Flexibility | Soccer | |
| Golf | Stair Exercise | |

Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026).

66.    On information and belief, the Oura Ring Gen 3 determines which ball game the user is performing by obtaining motion parameters corresponding to each sampling time for a motion and performing a method of ball game motion recognition.  The Oura Ring Gen 3 determines an activity amount of the Oura Ring user based at least in part on acceleration data

23

collected by the 3-D accelerometer.  On information and belief, the Oura Ring Gen 3 uses a tri-

axial accelerometer in a Bosch BMI160 chip, which is a multi-axis accelerometer.



Oura    Ring    Gen    4    Teardown,    TECHINSIGHTS.COM,    available    at

https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026).

Data    Sheet    BMI160,    BOSCH-SENSORTEC.COM,    available    at    https://www.bosch-

sensortec.com/media/boschsensortec/downloads/datasheets/bst-bmi160-ds000.pdf (last accessed

April 2026).

67.    On information and belief, the Oura Ring Gen 3 extracts feature points according

to predetermined feature point recognition tactics utilizing the motion parameters obtained.

Specifically, "[t]he Oura Ring uses a 3D accelerometer and pre-trained algorithms to track your

daily movement and identify activity patterns." Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026).

68.     On information and belief, the feature point recognition tactics performed by Oura's trained algorithms consider feature points in the motion data, including a power-assisting path early stage corresponding feature point, a motion top point corresponding feature point, and a ball hitting time corresponding feature point in order to determine which ball activity the user is performing, including at least one of golf, pickleball, table tennis, tennis, basketball, and/or soccer.

69.     The Oura Ring Gen 3, on information and belief, recognizes the motion as a predetermined ball game type if the feature points extracted satisfy feature point requirements of the predetermined ball game type.

70.     Thus, the Oura Ring Gen 3 performs the method steps of at least claim 1 of the '610 Patent.

**B.     Oura Ring Gen 4**

71.     On information and belief, the Oura Ring Gen 4 product is designed and manufactured for the United States market.

72.     The Accused Products, including at least the Oura Ring Gen 4, performs all the steps of, for example, claim 1 of the '610 Patent.

73.     The Oura Ring Gen 4 practices a method of ball game motion recognition. The Oura Ring Gen 4 performs Automatic Activity Detection, which includes identifying a particular ball game a user is performing. Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026).

74.     On information and belief, the Oura Ring Gen 4 determines which ball game the user is performing by obtaining motion parameters corresponding to each sampling time for a motion and performing a method of ball game motion recognition.  The Oura Ring Gen 4 determines an activity amount of the Oura Ring user based at least in part on acceleration data collected by the 3-D accelerometer.  On information and belief, the Oura Ring Gen 4 uses a multi-axis accelerometer in a Bosch Sensortec MEMs accelerometer.  *See* Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026).  Specifically, "[t]he Oura Ring uses a 3D accelerometer and pre-trained algorithms to track your daily movement and identify activity patterns."  Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026).

75.     On information and belief, the feature point recognition tactics performed by Oura's trained algorithms consider feature points in the motion data, including a power-assisting path early stage corresponding feature point, a motion top point corresponding feature point, and a ball hitting time corresponding feature point in order to determine which ball activity the user is performing, including at least one of golf, pickleball, table tennis, tennis, basketball, and/or soccer.

76.     On information and belief, the Oura Ring Gen 4 recognizes the motion as a predetermined ball game type if the feature points extracted satisfy feature point requirements of the predetermined ball game type.

77.     Thus, the Oura Ring Gen 4 performs the method steps of at least claim 1 of the '610 Patent.

**C.    Infringement By Oura Related to Its Ring Gen 3 and Gen 4 Products**

78.    Oura sells and offers for sale the Accused Products in the United States with the knowledge and intent that end users and customers will use those products, including to perform the claimed methods of the '610 Patent such as claim 1.  By selling and offering for sale the Accused Products in the United States, Oura induces infringement of the '610 Patent by at least end users and customers, which directly infringe at least claim 1 of the '610 Patent when using the Accused Products in the United States.

79.    Oura is liable for induced infringement under 35 U.S.C. § 271(b) by intentionally taking action that has actually induced and continues to induce direct infringement of one or more claims of the '610 Patent by others (such as end users, customers, and consumers) using the Accused Products in this Judicial District, the State of Texas, and elsewhere in the United States.

80.    Oura has directly or indirectly infringed at least claim 1 of the '610 Patent in the United States, by at least importing, using, selling, or offering for sale the Accused Products.

81.    Oura's infringement of the '610 Patent has caused and continues to cause damages and irreparable harm to Plaintiffs, which have invested significantly in developing their market-leading smart, health-tracking wearable devices.

82.    Unless Oura is enjoined from infringing the '610 Patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

## COUNT II: INFRINGEMENT OF THE '441 PATENT

83.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

84.    Without a license or permission from Plaintiffs, Oura has infringed, induced others to infringe, and is continuing to infringe one or more claims of the '441 Patent, directly, indirectly,

or by the doctrine of equivalents, by importing, using, offering for sale, or selling the Accused Products in violation of 35 U.S.C. § 271.

85.    Oura enables and induces end users and customers of the Accused Products in the United States to infringe one or more claims of the '441 Patent by, for example, providing documentation, support services, and marketing materials to its United States customers which direct those end users and customers to directly infringe one or more claims of the '441 Patent. *See*, *e.g.*,. Previous Oura Ring Generations, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025570153-Previous-Oura-Ring-Generations (last accessed April 2026); Product Safety & Use – Memory Capacity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025428394-Product-Safety-Use#h_01G371BP2PKHK278BR99DE77XB (last accessed April 2026); Introducing the New Oura App Design: Bring Your Long-Term Health into Focus, OURARING.COM, available at https://ouraring.com/blog/new-oura-app-experience/?srsltid=AfmBOop6mzXOHLFpat_xna9uJTlkM79UoO0kWWq9GEHKk156FpRwGLDu (last accessed April 2026); Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection?utm (last accessed April 2026); Oura Ring 4, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/33045011508115-Oura-Ring-4 (last accessed April 2026).

86.    Oura aids, instructs, supports, markets, and otherwise acts with specific intent to cause end users and customers located in the United States (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '441 Patent.  Further, Oura designs and manufactures the Accused Products with the specific

28

intent for United States customers (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '441 Patent.  Oura has had knowledge of the '441 Patent at least since the filing of this Complaint.

**A.     Oura Ring Gen 3**

87.     On information and belief, the Oura Ring Gen 3 product is designed and manufactured for the United States market.

88.     On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 3, performs all the steps of, for example, claim 1 of the '441 Patent.

89.     The Oura Ring Gen 3 is a data acquisition device having an initial motion recognition module, a data storage module, and a communications module.  The Oura Ring Gen 3 is further configured to communicate with the Oura Application.



Cypress Semiconductor Corp., *Cypress PSoC® 6 Microcontrollers* 5, https://www.infineon.com/assets/row/public/documents/30/39/infineon-psoc-6-mcu-the-new-standard-for-the-internet-of-things-productbrochure-en.pdf (last visited April 2026).

29

90.    The Oura Ring Gen 3 performs motion recognition using data collected from a sensor.  Collected motion data is stored in onboard memory of the Oura Ring Gen 3 "for up to one week."  Stored motion data on the Oura Ring Gen 3 is later sent to the Oura Application.

**Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of seven days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

Product Safety & Use – Memory Capacity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025428394-Product-Safety-Use#h_01G371BP2PKHK278BR99DE77XB (last accessed April 2026).

91.    The Oura Ring Gen 3 collects motion data from the same sampling moment using various motion sensors.  For example, the Oura Ring Gen 3 collects motion data using a Bosch BMI160 inertial measurement unit (IMU) that integrates both a triaxial accelerometer and a triaxial gyroscope.

92.    The Oura Ring Gen 3 forwards motion data stored in the onboard memory to the Oura Application.  The Oura Application performs motion recognition on the motion data communicated from the Oura Ring Gen 3.



Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection?utm (last accessed April 2026).

93.    Thus, the Oura Ring Gen 3 performs all of the method steps of at least claim 1 of the '441 Patent.

**B.    Oura Ring Gen 4**

94.    On information and belief, the Oura Ring Gen 4 product is designed and manufactured for the United States market.

95.    On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 4, performs all the steps of, for example, claim 1 of the '441 Patent.

31

96.    The Oura Ring Gen 4 is a data acquisition device having an initial motion recognition module, a data storage module, and a communications module.  The Oura Ring Gen 4 is further configured to communicate with the Oura Application.



Cypress Semiconductor Corp., *Cypress PSoC® 6 Microcontrollers* 5, https://www.infineon.com/assets/row/public/documents/30/39/infineon-psoc-6-mcu-the-new-standard-for-the-internet-of-things-productbrochure-en.pdf (last visited April 2026).

97.    The Oura Ring Gen 4 performs motion recognition using data collected from a sensor.  Collected motion data is stored in onboard memory of the Oura Ring Gen 4 "for up to one week."  Stored motion data on the Oura Ring Gen 4 is later sent to the Oura Application.

**Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of seven days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging— instructions on how to do so can be found in this article.

Product Safety & Use – Memory Capacity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025428394-Product-Safety-Use#h_01G371BP2PKHK278BR99DE77XB (last accessed April 2026).

98.	The Oura Ring Gen 4 collects motion data from the same sampling moment using various motion sensors.  For example, the Oura Ring Gen 4 collects motion data using a 3D accelerometer and a gyroscope.



Oura Ring Gen 4 Review – A Stylish Way to Track Your Health, TECHNOGEARHUB.COM, available at https://technogearhub.com/oura-ring-gen-4-review/ (last accessed April 2026).

99.     The Oura Ring Gen 4 forwards motion data stored in the onboard memory to the Oura Application.   The Oura Application performs motion recognition on the motion data communicated from the Oura Ring Gen 4.



Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection?utm (last accessed April 2026).

100.    Thus, the Oura Ring Gen 4 performs the method steps of at least claim 1 of the '441 Patent.

**C.    Infringement By Oura Related to Its Ring Gen 3 and Gen 4 Products and the Oura Application**

101.    Oura sells and offers for sale the Accused Products in the United States with the knowledge and intent that end users and customers will use those products, including to perform the claimed methods of the '441 Patent such as claim 1. By selling and offering for sale the Accused Products in the United States, Oura induces infringement of the '441 Patent by at least

end users and customers, which directly infringe at least claim 1 of the '441 Patent when using the Accused Products in the United States.

102. Oura is liable for induced infringement under 35 U.S.C. § 271(b) by intentionally taking action that has actually induced and continues to induce direct infringement of one or more claims of the '441 Patent by others (such as end users, customers, and consumers) using the Accused Products in this Judicial District, the State of Texas, and elsewhere in the United States.

103. Oura has directly or indirectly infringed at least claim 1 of the '441 Patent in the United States, by at least importing, using, selling, or offering for sale the Accused Products.

104. Oura's infringement of the '441 Patent has caused and continues to cause damages and irreparable harm to Plaintiffs, which have invested significantly in developing their market-leading smart, health-tracking wearable devices.

105. Unless Oura is enjoined from infringing the '441 Patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

## COUNT III: INFRINGEMENT OF THE '693 PATENT

106. Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

107. Without a license or permission from Plaintiffs, Oura has infringed and is continuing to infringe one or more claims of the '693 Patent, directly, indirectly, or by the doctrine of equivalents, by importing, using, offering for sale, or selling the Accused Products in violation of 35 U.S.C. § 271.

108. Oura enables and induces end users and customers of the Accused Products in the United States to infringe one or more claims of the '693 Patent by, for example, providing documentation, support services, and marketing materials to its United States customers which direct those end users and customers to directly infringe one or more claims of the '693 Patent.

36

*See*, *e.g.*, Previous Oura Ring Generations, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/4409072131091-Oura-Ring-Generation-3 (last accessed April 2026); Technology in Oura Ring Gen3, OURARING.COM, available at https://ouraring.com/blog/ring-technology/?srsltid=AfmBOoqUwiuN5Vb6Yn-mSCygFiUH6wEh9OzA2yIdndDfIX1eSLTMl26w (last accessed April 2026); Troubleshooting Gaps in Heart Rate Graphs, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025446954-Troubleshooting-Gaps-in-Heart-Rate-Graphs (last accessed April 2026); Blood Oxygen Sensing (SpO2), OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/7328398760851-Blood-Oxygen-Sensing-SpO2?utm (last accessed April 2026); Oura Ring 4, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/33045011508115-Oura-Ring-4 (last accessed April 2026); Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM, available at https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ (last accessed April 2026).

109.   Oura aids, instructs, supports, markets, and otherwise acts with specific intent to cause end users and customers located in the United States (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '693 Patent.  Further, Oura designs and manufactures the Accused Products with the specific intent for United States customers (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '693 Patent.  Oura has had knowledge of the '693 Patent at least since the filing of this Complaint.

37

**A.      Oura Ring Gen 3**

110.    On information and belief, the Oura Ring Gen 3 product is designed and manufactured for the United States market.

111.    On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 3, performs all the steps of, for example, claim 1 of the '693 Patent.

112.    The Oura Ring Gen 3 is a wearable device with a sensor for data collection.



Introducing the New Oura Ring Generation 3, OURARING.COM, available at https://ouraring.com/blog/oura-generation2-vs-generation3/?srsltid=AfmBOorkhmQhIy4qkT2R7LBmkYqYyRkfuv3P6tUzyKSNA-tulYCZrOiM (last accessed April 2026).

113.    The Oura Ring Gen 3 utilizes multiple, voltage-based sensor elements including infrared photoplethysmography (PPG) sensors.  The Oura Ring Gen 3 is configured to collect "most accurate sensor readings" "more accurate readings" and "always measure your clearest signal."

114.    The Oura Ring Gen 3 is configured to calculate signal quality metrics, including signal quality metrics associated with green LEDs that are "designed for accuracy but require a stronger signal quality."

115.    The Oura Ring Gen 3 is capable of determining whether or not it is actively worn by a user. For example, the battery status indicator includes an indicator of whether the user is wearing the Oura Ring Gen 3.

116.    Thus, the Oura Ring Gen 3 performs all of the method steps of at least claim 1 of the '693 Patent.

**B.    Oura Ring Gen 4**

117.    On information and belief, the Oura Ring Gen 4 product is designed and manufactured for the United States market.

118.    On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 4, performs all the steps of, for example, claim 1 of the '693 Patent.

119.    The Oura Ring Gen 4 is a wearable device with a sensor for data collection.



Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM, available at https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ (last accessed April 2026).

120.    The Oura Ring Gen 4 utilizes multiple, voltage-based sensor elements including infrared photoplethysmography (PPG) sensors.  The Oura Ring Gen 4 is configured to collect "most accurate sensor readings" "more accurate readings" and "always measure your clearest signal."

121.    The Oura Ring Gen 4 is configured to calculate signal quality metrics, including signal quality metrics associated with green LEDs that are "designed for accuracy but require a stronger signal quality."

122.    The Oura Ring Gen 4 is capable of determining whether or not it is actively worn by a user. For example, the battery status indicator includes an indicator of whether the user is wearing the Oura Ring Gen 4.

123.    Thus, the Oura Ring Gen 4 performs all of the method steps of at least claim 1 of the '693 Patent.

**C.      Infringement By Oura Related to Its Ring Gen 3 and Gen 4 Products**

124.    Oura sells and offers for sale the Accused Products in the United States with the knowledge and intent that end users and customers will use those products, including to perform the claimed methods of the '693 Patent such as claim 1.  By selling and offering for sale the Accused Products in the United States, Oura induces infringement of the '693 Patent by at least end users and customers, which directly infringe at least claim 1 of the '693 Patent when using the Accused Products in the United States.

125.    Oura is liable for induced infringement under 35 U.S.C. § 271(b) by intentionally taking action that has actually induced and continues to induce direct infringement of one or more claims of the '693 Patent by others (such as end users, customers, and consumers) using the Accused Products in this Judicial District, the State of Texas, and elsewhere in the United States.

126.    Oura has directly or indirectly infringed at least claim 1 of the '693 Patent in the United States, by at least importing, using, selling, or offering for sale the Accused Products.

127.    Oura's infringement of the '693 Patent has caused and continues to cause damages and irreparable harm to Plaintiffs, which have invested significantly in developing their market-leading smart, health-tracking wearable devices.

128.    Unless Oura is enjoined from infringing the '693 Patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

## COUNT IV: INFRINGEMENT OF THE '649 PATENT

129.     Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

130.     Without a license or permission from Plaintiffs, Oura has infringed and is continuing to infringe one or more claims of the '649 Patent, directly, indirectly, or by the doctrine of equivalents, by importing, using, offering for sale, or selling the Accused Products in violation of 35 U.S.C. § 271.

131.     Oura enables and induces end users and customers of the Accused Products in the United States to infringe one or more claims of the '649 Patent by, for example providing documentation, support services, and marketing materials to its United States customers which direct those end users and customers to directly infringe one or more claims of the '649 Patent. *See, e.g.,* How to Use the Oura App, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360058599753-How-to-Use-the-Oura-App    (last accessed April 2026); Technology in Oura Ring Gen3, OURARING.COM, available at https://ouraring.com/blog/ring-technology/?srsltid=AfmBOoqUwiuN5Vb6Yn-mSCygFiUH6wEh9OzA2yIdndDfIX1eSLTMl26w   (last accessed April 2026); How Oura Measures Steps & Activity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026); How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw    (last accessed April 2026); Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM,            available            at            https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ    (last

accessed April 2026); Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026); Location Services for Activities, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/4408888572179-Location-Services-for-Activities (last accessed April 2026); Low power MCU at the heart of wellness wearable, ELECTRONICSPECIFIER.COM, available at https://www.electronicspecifier.com/products/micros/low-power-mcu-at-the-heart-of-wellness-wearable/ (last accessed April 2026).

132.    Oura aids, instructs, supports, markets, and otherwise acts with specific intent to cause end users and customers located in the United States (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '649 Patent.  Further, Oura designs and manufactures the Accused Products with the specific intent for United States customers (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '649 Patent.  Oura has had knowledge of the '649 Patent at least since the filing of this Complaint.

A.    **Oura Ring Gen 3**

133.    On information and belief, the Oura Ring Gen 3 product is designed and manufactured for the United States market.

134.    On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 3, performs all the steps of, for example, claim 1 of the '649 Patent.

135.    The Oura Ring Gen 3 is an activity tracking apparatus.

136.    The Oura Ring Gen 3 includes one or more sensor modules, including at least an acceleration sensor, an optical sensor module designed to detect the light of the red and green

43

LEDs, and a temperature sensor.  Technology in Oura Ring Gen3, OURARING.COM, available at https://ouraring.com/blog/ring-technology/?srsltid=AfmBOoqUwiuN5Vb6Yn-mSCygFiUH6wEh9OzA2yIdndDfIX1eSLTMl26w (last accessed April 2026); How Oura Measures Steps & Activity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026).

137.   On information and belief, the Oura Ring Gen 3 uses data collected by a Bosch BMI160 chip that includes a tri-axial accelerometer to determine an activity amount of a user. *See* Technology in Oura Ring Gen3, OURARING.COM, available at https://ouraring.com/blog/ring-technology/?srsltid=AfmBOoqUwiuN5Vb6Yn-mSCygFiUH6wEh9OzA2yIdndDfIX1eSLTMl26w (last accessed April 2026); Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026); Data Sheet BMI160, BOSCH-SENSORTEC.COM, available at https://www.bosch-sensortec.com/media/boschsensortec/downloads/datasheets/bst-bmi160-ds000.pdf (last accessed April 2026); How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw (last accessed April 2026).

138.   The Oura Ring Gen 3 includes a memory storing program instructions and a processor for executing the program instructions, which on information and belief is a Cypress Semiconductor PSoC 6 BLE microcontroller (MCU).  Low power MCU at the heart of wellness wearable, ELECTRONICSPECIFIER.COM, available at https://www.electronicspecifier.com/products/micros/low-power-mcu-at-the-heart-of-wellness-wearable/ (last accessed April 2026).  In addition, the memory on the phone on which the Oura

App runs also is configured to store program instructions, and the processor on the phone on which the Oura App runs also executes program instructions.

139.    The Oura Ring Gen 3 includes a database including one or more software and/or hardware components that cooperate to store, organize, sort, filter, and arrange data, wherein the database includes user profile information, historical activity and user-specific information, physiological parameter information, predetermined menu/display options, and other user preferences.    How   to   Use   the   Oura   App,   OURARING.COM,   available   at https://support.ouraring.com/hc/en-us/articles/360058599753-How-to-Use-the-Oura-App    (last accessed April 2026).

The Oura Ring Gen 3 includes a status indicator that conveys information to the user.  One example is the user heart rate status indicator.



(image from Oura App).  Another example is the battery status indicator, which also includes an indicator of whether the user is wearing the Oura Ring Gen 3.

140.    The Oura Ring Gen 3 estimates a first stride length associated with a first step rate based, at least in part, on the user-specific information and determines when the user takes a step.

141.    On information and belief, the Oura Ring Gen 3 estimates a stride length associated with different step rates, based at least in part on user-specific information such as height or other user data.  On information and belief, the Oura Ring Gen 3 verifies the stride lengths for the different step rates based, at least in part, on the acceleration information from the at least one accelerometer.  The Oura Ring Gen 3 includes a calibration mode where the activity tracking apparatus prompts a user to walk, jog, or run for a predetermined or fixed period of time or a fixed distance to calibrate the verified or adjusted stride length.  The Oura Ring Gen 3 also includes a calibration mode known as the walking test which prompts the user to walk on a flat surface on a straight path for a fixed period of time, including for 6 minutes.  On information and belief, the Oura Ring Gen 3 uses this data to calibrate stride length.

142.    The Oura Ring Gen 3 applies one or more filters or pattern recognition to accelerometer data to calibrate, adjust, and verify stride lengths at different step rates.  How Oura Measures Steps & Activity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026); Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026).

143.    On information and belief, the Oura Ring Gen 3 calculates a moving average of the verified first stride length over at least two activity sessions and calibrates its data analysis based on user data, because according to Oura, the device establishes personalized baselines after being used for a certain length of time.  How to Use the Oura App, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360058599753-How-to-Use-the-Oura-App (last accessed April 2026).

144.     The Oura Ring Gen 3 determines a distance travelled or rate of speed using a verified stride length based on factors including whether GPS data is available, whether the GPS data is reliable, and a current step rate of the user.  The Oura Ring Gen 3 and App can use the GPS data from the user's phone.  On information and belief, the Oura Ring Gen 3 can determine the distance traveled and the rate of speed based on the verified stride length and a current step rate of the user within the first step rate if GPS data is not available or is unreliable.  For example, the Oura Ring Gen 3 can determine the user's activity without GPS data based on the accelerometer.  Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026); Location Services for Activities, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/4408888572179-Location-Services-for-Activities (last accessed April 2026).

145.     Thus, the Oura Ring Gen 3 performs the method steps of at least claim 1 of the '649 Patent.

**B.     Oura Ring Gen 4**

146.     On information and belief, the Oura Ring Gen 4 product is designed and manufactured for the United States market.

147.     On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 4, performs all the steps of, for example, claim 1 of the '649 Patent.

148.     The Oura Ring Gen 4 is an activity tracking apparatus.

149.     The Oura Ring Gen 4 includes one or more sensor modules, including at least an acceleration sensor, an optical sensor module designed to detect the light of the red and green LEDs, and a temperature sensor.  How Oura Measures Steps & Activity, OURARING.COM, available at     https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-

Activity (last accessed April 2026); Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM, available at https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ (last accessed April 2026).

150.    On information and belief, the Oura Ring Gen 4 uses data collected by a Bosch Sensortec MEMs accelerometer to determine an activity amount of a user. *See* Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026); Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM, available at https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ (last accessed April 2026).

151.    4.    The Oura Ring Gen 4 includes a memory storing program instructions and a processor for executing the program instructions, which on information and belief is an Infineon PSoC 6 microcontroller (MCU) which includes a memory coupled to the processor. Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026) ( "Internally, both the ring and its charging base employ Infineon PSoC 6 microcontrollers, though different SKUs are used in each."). In addition, the memory on the phone on which the Oura App runs also is configured to store program instructions, and the processor on the phone on which the Oura App runs also executes program instructions.

152.    The Oura Ring Gen 4 includes a database including one or more software and/or hardware components that cooperate to store, organize, sort, filter, and arrange data, wherein the database includes user profile information, historical activity and user-specific information, physiological parameter information, predetermined menu/display options, and other user

preferences. How to Use the Oura App, Ouraring.com, available at https://support.ouraring.com/hc/en-us/articles/360058599753-How-to-Use-the-Oura-App (last accessed April 2026).

153. The Oura Ring Gen 4 includes a status indicator that conveys information to the user. One example is the user heart rate status indicator.



(Image from Oura App). Another example is the battery status indicator, which also includes an indicator of whether the user is wearing the Oura Ring Gen 4.

154. The Oura Ring Gen 4 estimates a first stride length associated with a first step rate based, at least in part, on the user-specific information and determines when the user takes a step.

155. On information and belief, the Oura Ring Gen 4 estimates a stride length associated with different step rates, based at least in part on user-specific information such as height or other user data. On information and belief, the Oura Ring Gen 4 verifies the stride lengths for the different step rates based, at least in part, on the acceleration information from the at least one accelerometer. The Oura Ring Gen 4 includes a calibration mode where the activity tracking apparatus prompts a user to walk, jog, or run for a predetermined or fixed period of time or a fixed

distance to calibrate the verified or adjusted stride length.  The Oura Ring Gen 4 also includes a calibration mode known as the walking test which prompts the user to walk on a flat surface on a straight path for a fixed period of time, including for six minutes.  On information and belief, the Oura Ring Gen 4 uses this data to calibrate stride length.

156.    The Oura Ring Gen 4 applies one or more filters or pattern recognition to accelerometer data to calibrate, adjust, and verify stride lengths at different step rates.  How Oura Measures Steps & Activity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026); Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026).

157.    On information and belief, the Oura Ring Gen 4 calculates a moving average of the verified first stride length over at least two activity sessions and calibrates its data analysis based on user data, because according to Oura, the device establishes personalized baselines after being used for a certain length of time.  How to Use the Oura App, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360058599753-How-to-Use-the-Oura-App (last accessed April 2026).

158.    The Oura Ring Gen 4 determines a distance travelled or rate of speed using a verified stride length based on factors including whether GPS data is available, whether the GPS data is reliable, and a current step rate of the user.  The Oura Ring Gen 4 and App can use the GPS data from the user's phone.  On information and belief, the Oura Ring Gen 4 can determine the distance traveled and the rate of speed based on the verified stride length and a current step rate of the user within the first step rate if GPS data is not available or is unreliable.  For example, the Oura Ring Gen 4 can determine the user's activity without GPS data based on the accelerometer.

Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026); Location Services for Activities, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/4408888572179-Location-Services-for-Activities (last accessed April 2026).

159. Thus, the Oura Ring Gen 4 performs the method steps of at least claim 1 of the '649 Patent.

**C.     Infringement By Oura Related to Its Ring Gen 3 and Gen 4 Products**

160. Oura sells and offers for sale the Accused Products in the United States with the knowledge and intent that end users and customers will use those products, including to perform the claimed methods of the '649 Patent such as claim 1. By selling and offering for sale the Accused Products in the United States, Oura induces infringement of the '649 Patent by at least end users and customers, which directly infringe at least claim 1 of the '649 Patent when using the Accused Products in the United States.

161. Oura is liable for induced infringement under 35 U.S.C. § 271(b) by intentionally taking action that has actually induced and continues to induce direct infringement of one or more claims of the '649 Patent by others (such as end users, customers, and consumers) using the Accused Products in this Judicial District, the State of Texas, and elsewhere in the United States.

162. Oura has directly or indirectly infringed at least claim 1 of the '649 Patent in the United States, by at least importing, using, selling, or offering for sale the Accused Products.

163. Oura's infringement of the '649 Patent has caused and continues to cause damages and irreparable harm to Plaintiffs, which have invested significantly in developing their market-leading smart, health-tracking wearable devices.

164.    Unless Oura is enjoined from infringing the '649 Patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

**COUNT V: INFRINGEMENT OF THE '120 PATENT**

165.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

166.    Without a license or permission from Plaintiffs, Oura has infringed and is continuing to infringe one or more claims of the '120 Patent, directly, indirectly, or by the doctrine of equivalents, by importing, using, offering for sale, or selling the Accused Products in violation of 35 U.S.C. § 271.

167.    Oura enables and induces end users and customers of the Accused Products in the United States to infringe one or more claims of the '120 Patent by, for example, providing documentation, support services, and marketing materials to its United States customers which direct end users and customers to directly infringe one or more claims of the '120 Patent. *See*, *e.g.*, Oura Membership gives your body a voice, OURARING.COM, available at https://ouraring.com/?srsltid=AfmBOor-CVWmL3SP8iLu0IJcxkHtNxylzc8qMB3MtuTQS-fRh9rtbZhK (last accessed April 2026); Inside the Ring: How We Improved Automatic Activity Detection (AAD), OURARING.COM,    available at https://ouraring.com/blog/how-we-improved-automatic-activity-detection (last accessed April 2026); What is Activity Heart Rate?, OURARING.COM;    available at    https://support.ouraring.com/hc/lv/articles/6321008135699-Activity-Heart-Rate?utm (last accessed April 2026); Oura's Automatic Activity Detection Now Includes Average Heart Rate and Heart Rate Zones, OURARING.COM; available at https://ouraring.com/blog/automatic-activity-detection (last accessed April 2026); Explore the Technology in Oura Ring 4, OURARING.COM; available at https://ouraring.com/blog/technology-in-oura-ring-

4/?srsltid=AfmBOorNsxQrPfo7ZZIV5mpuwNb4CUy95_bILfr6WOMdRkxNu0vVPZrl (last accessed April 2026); Resting Heart Rate, OURARING.COM; available at https://support.ouraring.com/hc/lv/articles/360025588793-Resting-Heart-Rate?utm (last accessed April 2026); How Oura Measures Steps & Activity, OURARING.COM; available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity?utm (last accessed April 2026); Activity Contributors, OURARING.COM; available at https://support.ouraring.com/hc/en-us/articles/360055901214-Activity-Contributors?utm (last accessed April 2026); Glossary – Activity Score, OURARING.COM; available at https://support.ouraring.com/hc/en-us/articles/5949130374547-Glossary?utm (last accessed April 2026); Your Oura Activity Score, OURARING.COM; available at https://ouraring.com/blog/activity-score/ (last accessed April 2026).

168. Oura aids, instructs, supports, markets, and otherwise acts with specific intent to cause end users and customers located in the United States (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '120 Patent. Further, Oura designs and manufactures the Accused Products with the specific intent for United States customers (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '120 Patent. Oura has had knowledge of the '120 Patent at least since the filing of this Complaint.

**A.    Oura Ring Gen 3**

169. On information and belief, the Oura Ring Gen 3 product is designed and manufactured for the United States market.

170. On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 3, performs all the steps of, for example, claim 1 of the '120 Patent.

171.    The Oura Ring Gen 3 is configured to determine health risk for a user.



Oura    Membership    gives    your    body    a    voice,    OURARING.COM,    available    at

https://ouraring.com/?srsltid=AfmBOor-CVWmL3SP8iLu0IJcxkHtNxylzc8qMB3MtuTQS-fRh9rtbZhK (last accessed April 2026).



*Id.*

172.    The Oura Ring Gen 3 obtains both heart rate values and motion information for a user over a monitoring period.  The Oura Ring Gen 3 is configured to collect heart rate values according to a variable sampling rate.  The variable sampling rate is based on comparing the user's heart rate to a heart rate range of the user's maximum and minimum heart rates.

> **What Is Activity Heart Rate?**
>
> The Activity Heart Rate features record heart rate readings while you exercise and — in combination with daytime heart rate measurements, Live Heart Rate, Daytime Stress, and nighttime Resting Heart Rate (RHR) — presents you with a complete, 24-hour heart rate graph.
>
> *Note: Activity Heart Rate is not the same as passive daytime heart rate measurement. Activity Heart Rate uses a higher sampling rate to accurately record your pulse during exercise. Daytime heart rate measurement takes a reading of your pulse at lower intervals throughout the day.*
>
> Upon completion of your activity, the Oura App will display detailed graphs of your activity heart rate and heart rate zones. If you take your phone with you with location services enabled, the app will display a map and route of your completed activity (see Location Services for Activities for more information). On the daily heart rate graph, activity heart rate is displayed as an orange line.

What is Activity Heart Rate?, OURARING.COM; available at https://support.ouraring.com/hc/lv/articles/6321008135699-Activity-Heart-Rate?utm (last accessed April 2026).

173. The Oura Ring Gen 3 determines an expected heart rate level based on user motion information. For example, when heart rate data is not available for a user's exercise or activity session, the Oura Ring Gen 3 assigns a "moderate" intensity level and calculates caloric burn "based on average calorie burn rates for that type of activity."

174. The Oura Ring Gen 3 determines an aggregate heartbeat value. For example, the Oura Ring Gen 3 determines a user "training frequency" value based on a user's activity intensity levels. The Oura Ring Gen 3 determines intensity levels, at least in part, on user heart rate values and caloric burn during exercise or activity.

175. The Oura Ring Gen 3 determines a health predictive activity score based on the aggregate heartbeat value. For example, the Oura Ring Gen 3 calculates an activity score based on, *inter alia*, "training frequency" and "training volume."

**Activity Score**

Activity Score is an overall measure of your activity, training, and recovery balance. It ranges from 0-100, and takes into account your activity levels over the previous 7 days. Note: activity score is a different measure than activity goal completion. The score can be something else than 100 even though you've reached your activity goal. Contributors: stay active, move every hour, meet daily targets, training frequency, training volume, recovery time.

Glossary – Activity Score, OURARING.COM; available at https://support.ouraring.com/hc/en-us/articles/5949130374547-Glossary?utm (last accessed April 2026).

176.    Thus, the Oura Ring Gen 3 performs all of the method steps of at least claim 1 of the '120 Patent.

**B.    Oura Ring Gen 4**

177.    On information and belief, the Oura Ring Gen 4 product is designed and manufactured for the United States market.

178.    On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 4, performs all the steps of, for example, claim 1 of the '120 Patent.

179.    The Oura Ring Gen 4 is configured to determine health risk for a user.



Oura    Membership    gives    your    body    a    voice,    OURARING.COM,    available    at https://ouraring.com/?srsltid=AfmBOor-CVWmL3SP8iLu0IJcxkHtNxylzc8qMB3MtuTQS-fRh9rtbZhK (last accessed April 2026).



*Id.*

180.    The Oura Ring Gen 4 obtains both heart rate values and motion information for a user over a monitoring period.  The Oura Ring Gen 4 is configured to collect heart rate values according to a variable sampling rate.  The variable sampling rate is based on comparing the user's heart rate to a heart rate range of the user's maximum and minimum heart rates.

> **What Is Activity Heart Rate?**
>
> The Activity Heart Rate features record heart rate readings while you exercise and — in combination with daytime heart rate measurements, Live Heart Rate, Daytime Stress, and nighttime Resting Heart Rate (RHR) — presents you with a complete, 24-hour heart rate graph.
>
> *Note: Activity Heart Rate is not the same as passive daytime heart rate measurement. Activity Heart Rate uses a higher sampling rate to accurately record your pulse during exercise. Daytime heart rate measurement takes a reading of your pulse at lower intervals throughout the day.*
>
> Upon completion of your activity, the Oura App will display detailed graphs of your activity heart rate and heart rate zones. If you take your phone with you with location services enabled, the app will display a map and route of your completed activity (see Location Services for Activities for more information). On the daily heart rate graph, activity heart rate is displayed as an orange line.

57

What is Activity Heart Rate?, OURARING.COM, available at https://support.ouraring.com/hc/lv/articles/6321008135699-Activity-Heart-Rate?utm (last accessed April 2026).

181. The Oura Ring Gen 4 determines an expected heart rate level based on user motion information. For example, when heart rate data is not available for a user's exercise or activity session, the Oura Ring Gen 4 assigns a "moderate" intensity level and calculates caloric burn "based on average calorie burn rates for that type of activity."

182. The Oura Ring Gen 4 determines an aggregate heartbeat value. For example, the Oura Ring Gen 4 determines a user "training frequency" value based on a user's activity intensity levels. The Oura Ring Gen 4 determines intensity levels, at least in part, on user heart rate values and caloric burn during exercise or activity.

183. The Oura Ring Gen 4 determines a health predictive activity score based on the aggregate heartbeat value. For example, the Oura Ring Gen 4 calculates an activity score base on, *inter alia*, "training frequency" and "training volume."

**Activity Score**

Activity Score is an overall measure of your activity, training, and recovery balance. It ranges from 0-100, and takes into account your activity levels over the previous 7 days. Note: activity score is a different measure than activity goal completion. The score can be something else than 100 even though you've reached your activity goal. Contributors: stay active, move every hour, meet daily targets, training frequency, training volume, recovery time.

Glossary – Activity Score, OURARING.COM; available at https://support.ouraring.com/hc/en-us/articles/5949130374547-Glossary?utm (last accessed April 2026).

184. Thus, the Oura Ring Gen 4 performs all of the method steps of at least claim 1 of the '120 Patent.

**C.    Infringement By Oura Related to Its Ring Gen 3 and Gen 4 Products**

185.    Oura sells and offers for sale the Accused Products in the United States with the knowledge and intent that end users and customers will use those products, including to perform the claimed methods of the '120 Patent such as claim 1.  By selling and offering for sale the Accused Products in the United States, Oura induces infringement of the '120 Patent by at least end users and customers, which directly infringe at least claim 1 of the '120 Patent when using the Accused Products in the United States.

186.    Oura is liable for induced infringement under 35 U.S.C. § 271(b) by intentionally taking action that has actually induced and continues to induce direct infringement of one or more claims of the '120 Patent by others (such as end users, customers, and consumers) using the Accused Products in this Judicial District, the State of Texas, and elsewhere in the United States.

187.    Oura has directly or indirectly infringed at least claim 1 of the '120 Patent in the United States, by at least importing, using, selling, or offering for sale the Accused Products.

188.    Oura's infringement of the '120 Patent has caused and continues to cause damages and irreparable harm to Plaintiffs, which have invested significantly in developing their market-leading smart, health-tracking wearable devices.

189.    Unless Oura is enjoined from infringing the '120 Patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

<u>**COUNT VI: INFRINGEMENT OF THE '575 PATENT**</u>

190.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

191.    Without a license or permission from Plaintiffs, Oura has infringed and is continuing to infringe one or more claims of the '575 Patent, directly, indirectly, or by the doctrine

of equivalents, by importing, using, offering for sale, or selling the Accused Products in violation of 35 U.S.C. § 271.

192.    Oura enables and induces end users and customers of the Accused Products in the United States to infringe one or more claims of the '575 Patent by, for example providing documentation, support services, and marketing materials to its United States customers which direct those end users and customers to directly infringe one or more claims of the '575 Patent. *See, e.g.*, Previous Oura Ring Generations, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/4409072131091-Oura-Ring-Generation-3    (last accessed April 2026); How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw    (last accessed April 2026); Automatic Activity Detection, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360063022993-Automatic-Activity-Detection (last accessed April 2026); Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026); Data Sheet    BMI160,    BOSCH-SENSORTEC.COM,    available    at    https://www.bosch-sensortec.com/media/boschsensortec/downloads/datasheets/bst-bmi160-ds000.pdf (last accessed April 2026); Activity Score, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025577993-Activity-Score (last accessed April 2026); How Oura Measures Steps & Activity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026).

193.    Oura aids, instructs, supports, markets, and otherwise acts with specific intent to cause end users and customers located in the United States (including in the State of Texas and

60

this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '575 Patent.  Further, Oura designs and manufactures the Accused Products with the specific intent for United States customers (including in the State of Texas and this Judicial District) to use the Accused Products in a manner that infringes one or more claims of the '575 Patent.  Oura has had knowledge of the '575 Patent at least since the filing of this Complaint.

**A.    Oura Ring Gen 3**

194.    On information and belief, the Oura Ring Gen 3 product is designed and manufactured for the United States market.

195.    On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 3, performs all the steps of, for example, claim 1 of the '575 Patent.

196.    The Oura Ring Gen 3 practices a method for monitoring sleep of a user using a wearable device.

## How Does Oura Know When I'm Asleep?

Many wearables, mobile apps, or mattress sleep trackers rely solely on movement patterns from an accelerometer to determine if you're asleep or awake. When you move, your device identifies you as awake, when you're still for long enough, you register as asleep. Oura takes a more sophisticated approach by using a combination of your body temperature and activity patterns for added precision.

Oura is one of the only wearables that directly measures skin temperature. As a result, Oura has the ability to detect how your body temperature naturally drops as you're falling asleep and rises again just before you wake. Oura picks up on these patterns when you're headed to bed for the night or if you rest during the day.

Oura additionally has the advantage of a highly sensitive accelerometer to measure your movement. By being located on your finger, Oura is enabled to capture your subtlest movements and detect the differences between things like twitching in a dream, turning over in bed, and getting up for a nighttime trip to the bathroom.

How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-

61

sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw    (last accessed April 2026).

197.    The Oura Ring Gen 3 determines an activity amount of the user based on multi-axial acceleration data collected from a Bosch BMI160 chip within the ring.  Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed Apirl 2026); Data Sheet BMI160, BOSCH-SENSORTEC.COM, available at https://www.bosch-sensortec.com/media/boschsensortec/downloads/datasheets/bst-bmi160-ds000.pdf (last accessed April 2026).

198.    On information and belief, the Oura Ring Gen 3 obtains a first distance vector based on the multi-axis accelerometer data.  On information and belief, the Oura Ring Gen 3 obtains second and third distance vectors from the first distance vector by performing translation(s), transformation(s) and/or signal processing.

199.    On information and belief, the Oura Ring Gen 3 obtains an activity vector based on the  distance vectors, determines the activity amount from the activity vector.  Activity Score, OURARING.COM,    available    at    https://support.ouraring.com/hc/en-us/articles/360025577993-Activity-Score (last accessed April 2026); How Oura Measures Steps & Activity, OURARING.COM, available  at  https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026).

200.    On information and belief, the Oura Ring Gen 3 determines that the activity is a microactivity because the activity amount is smaller than a threshold; determines a microactivity feature value using the multi-axial acceleration data and predetermined weight; and determines a microactivity state for the user in the time period based on the microactivity feature value, wherein the activity amount of the user is substantially zero in the microactivity state.

# How Does Oura Know When I'm Asleep?

Many wearables, mobile apps, or mattress sleep trackers rely solely on movement patterns from an accelerometer to determine if you're asleep or awake. When you move, your device identifies you as awake, when you're still for long enough, you register as asleep. Oura takes a more sophisticated approach by using a combination of your body temperature and activity patterns for added precision.

Oura is one of the only wearables that directly measures skin temperature. As a result, Oura has the ability to detect how your body temperature naturally drops as you're falling asleep and rises again just before you wake. Oura picks up on these patterns when you're headed to bed for the night or if you rest during the day.

Oura additionally has the advantage of a highly sensitive accelerometer to measure your movement. By being located on your finger, Oura is enabled to capture your subtlest movements and detect the differences between things like twitching in a dream, turning over in bed, and getting up for a nighttime trip to the bathroom.

How are hypnograms created? At the end of the night, Oura takes all of your data and divides your sleep into 5 minute intervals. It then classifies your data into sleep stages — awake, light, deep, and REM — by looking for which sleep stage patterns are most dominant in your data. Oura leverages your movement and changes in your heart rate, respiration, and temperature to identify the signatures of each sleep stage.

As you sleep, there are clear patterns that Oura analyzes for each sleep phase.

| Light Sleep | Deep Sleep | REM Sleep |
|---|---|---|
| • Muscles relax and may jerk | • Movement is suppressed | • Body becomes immobile to stop you from acting out dreams |
| • Respiratory rate slows | • Heart rate and respiration become very stable | • Respiratory rate increases |
| • Heart rate decreases | • Skin temperature is at its highest, indicating maximum vasodilation (heat evaporation) and a lower core body temperature. | • Heart rate increases |
| • Body temperature drops | | |

63

How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw (last accessed April 2026).

201. Thus, the Oura Ring Gen 3 performs the method steps of at least claim 1 of the '575 Patent.

**B.   Oura Ring Gen 4**

202. On information and belief, the Oura Ring Gen 4 product is designed and manufactured for the United States market.

203. On information and belief, a user of the Accused Products, including at least the Oura Ring Gen 4, performs all the steps of, for example, claim 1 of the '575 Patent.

204. The Oura Ring Gen 4 practices a method for monitoring sleep of a user using a wearable device.



65

Combined with high-fidelity motion detection and calibrated peripheral temperature sensing, these sensors enable precise measurement of the 30+ health and wellness metrics that Oura tracks, including:

- Heart rate
- Heart rate variability (HRV)
- Bedtime detection
- Sleep stages
- Blood oxygen levels (SpO2)
- Cardiovascular Age
- Cardio Capacity (VO2 Max)
- Daytime Stress and Resilience
- Body clock and chronotype
- Cycle Insights
- Automatic Activity Detection plus heart rate zones
- And much more

Smart Sensing: Unparalleled Accuracy and Personalization in Oura Ring 4, OURARING.COM, available at https://ouraring.com/blog/smart-sensing/?srsltid=AfmBOorkOMyrtMmqkz9clLxt01tsgN3SrXjTSh5VIgCqxbzufJnidjCJ (last accessed April 2026).

## How Does Oura Know When I'm Asleep?

Many wearables, mobile apps, or mattress sleep trackers rely solely on movement patterns from an accelerometer to determine if you're asleep or awake. When you move, your device identifies you as awake, when you're still for long enough, you register as asleep. Oura takes a more sophisticated approach by using a combination of your body temperature and activity patterns for added precision.

Oura is one of the only wearables that directly measures skin temperature. As a result, Oura has the ability to detect how your body temperature naturally drops as you're falling asleep and rises again just before you wake. Oura picks up on these patterns when you're headed to bed for the night or if you rest during the day.

Oura additionally has the advantage of a highly sensitive accelerometer to measure your movement. By being located on your finger, Oura is enabled to capture your subtlest movements and detect the differences between things like twitching in a dream, turning over in bed, and getting up for a nighttime trip to the bathroom.

65

How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw (last accessed April 2026).

205.    The Oura Ring Gen 4 determines an activity amount of the user based on multi-axial acceleration data collected from a Bosch Sensortec MEMs accelerometer within the ring, and the Bosch Sensortec MEMs accelerometer includes a multi-axis accelerometer within the ring to determine an activity amount of a user.  Oura Ring Gen 4 Teardown, TECHINSIGHTS.COM, available at https://www.techinsights.com/blog/oura-ring-gen-4-teardown (last accessed April 2026).

206.    On information and belief, the Oura Ring Gen 4 obtains a first distance vector based on the multi-axis accelerometer data.  On information and belief, the Oura Ring Gen 4 obtains second and third distance vectors from the first distance vector by performing translation(s), transformation(s) and/or signal processing.

207.    On information and belief, the Oura Ring Gen 4 obtains an activity vector based on the distance vectors, determines the activity amount from the activity vector.  Activity Score, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025577993-Activity-Score (last accessed April 2026); How Oura Measures Steps & Activity, OURARING.COM, available at https://support.ouraring.com/hc/en-us/articles/360025576833-How-Oura-Measures-Steps-Activity (last accessed April 2026).

208.    On information and belief, the Oura Ring Gen 4 determines that the activity is a microactivity because the activity amount is smaller than a threshold; determines a microactivity feature value using the multi-axial acceleration data and predetermined weight; and determines a

66

microactivity state for the user in the time period based on the microactivity feature value, wherein the activity amount of the user is substantially zero in the microactivity state.

## How Does Oura Know When I'm Asleep?

Many wearables, mobile apps, or mattress sleep trackers rely solely on movement patterns from an accelerometer to determine if you're asleep or awake. When you move, your device identifies you as awake, when you're still for long enough, you register as asleep. Oura takes a more sophisticated approach by using a combination of your body temperature and activity patterns for added precision.

Oura is one of the only wearables that directly measures skin temperature. As a result, Oura has the ability to detect how your body temperature naturally drops as you're falling asleep and rises again just before you wake. Oura picks up on these patterns when you're headed to bed for the night or if you rest during the day.

Oura additionally has the advantage of a highly sensitive accelerometer to measure your movement. By being located on your finger, Oura is enabled to capture your subtlest movements and detect the differences between things like twitching in a dream, turning over in bed, and getting up for a nighttime trip to the bathroom.

How are hypnograms created? At the end of the night, Oura takes all of your data and divides your sleep into 5 minute intervals. It then classifies your data into sleep stages — awake, light, deep, and REM — by looking for which sleep stage patterns are most dominant in your data. Oura leverages your movement and changes in your heart rate, respiration, and temperature to identify the signatures of each sleep stage.

As you sleep, there are clear patterns that Oura analyzes for each sleep phase.

| Light Sleep | Deep Sleep | REM Sleep |
|---|---|---|
| • Muscles relax and may jerk<br>• Respiratory rate slows<br>• Heart rate decreases<br>• Body temperature drops | • Movement is suppressed<br>• Heart rate and respiration become very stable<br>• Skin temperature is at its highest, indicating maximum vasodilation (heat evaporation) and a lower core body temperature. | • Body becomes immobile to stop you from acting out dreams<br>• Respiratory rate increases<br>• Heart rate increases |

How Does the Oura Ring Track My Sleep?, OURARING.COM, available at https://ouraring.com/blog/how-does-the-oura-ring-track-my-

67

sleep/?srsltid=AfmBOorvqEyAhmKsfIl2vlTeTmjDx75eRbJZspU1O4ipI6LGwIhXYWlw    (last accessed April 2026).

209.    Thus, the Oura Ring Gen 4 performs the method steps of at least claim 1 of the '575 Patent.

**C.    Infringement By Oura Related to Its Ring Gen 3 and Gen 4 Products**

210.    Oura sells and offers for sale the Accused Products in the United States with the knowledge and intent that end users and customers will use those products, including to perform the claimed methods of the '575 Patent such as claim 1.  By selling and offering for sale the Accused Products in the United States, Oura induces infringement of the '575 Patent by at least end users and customers, which directly infringe at least claim 1 of the '575 Patent when using the Accused Products in the United States.

211.    Oura is liable for induced infringement under 35 U.S.C. § 271(b) by intentionally taking action that has actually induced and continues to induce direct infringement of one or more claims of the '575 Patent by others (such as end users, customers, and consumers) using the Accused Products in this Judicial District, the State of Texas, and elsewhere in the United States.

212.    Oura has directly or indirectly infringed at least claim 1 of the '575 Patent in the United States, by at least importing, using, selling, or offering for sale the Accused Products.

213.    Oura's infringement of the '575 Patent has caused and continues to cause damages and irreparable harm to Plaintiffs, which have invested significantly in developing their market-leading smart, health-tracking wearable devices.

214.    Unless Oura is enjoined from infringing the '575 Patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray that the Court enter judgment in their favor and award the following relief against Oura:

A.      Enter a judgment in favor of Plaintiffs that Oura has infringed the '610 Patent, the '441 Patent, the '693 Patent, the '649 Patent, the '120 Patent, and the '575 Patent;

B.      Enjoin Oura, and its officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing the '610 Patent, the '441 Patent, the '693 Patent, the '649 Patent, the '120 Patent and the '575 Patent;

C.      Award Plaintiffs damages adequate to compensate for infringement by Oura, pursuant to 35 U.S.C. § 284, in an amount to be determined at trial, as a result of its infringement of the '610 Patent, the '441 Patent, the '693 Patent, the '649 Patent, the '120 Patent, and the '575 Patent;

D.      Award Plaintiffs pre- and post-judgment interest on all damages awarded, as well as supplemental damages;

E.      Award and grant Plaintiffs such other and further relief as the Court deems just and proper under the circumstances.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a jury trial on all issues so triable.

69

Dated: April 21, 2026

Respectfully submitted,

*/s/ Keith B. Davis*

Keith B. Davis (State Bar No. 24037895)
JONES DAY
2727 N. Harwood St., Suite 500
Dallas, TX 75201
Telephone:  (214) 220-3939
Email:  kbdavis@jonesday.com

David M. Maiorana (Ohio Bar No. 71440)
*Lead Counsel for Plaintiffs*
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:  (216) 586-3939
Email:  dmaiorana@jonesday.com

*Counsel For Plaintiffs*
*Zepp Inc. and Zepp North America Inc.*

70