## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| ZEPP INC. AND ZEPP NORTH AMERICA INC. <br><br> *Plaintiffs,* <br><br> v. <br><br> ŌURA HEALTH OY, <br><br> *Defendant.* | Case No. 2:26-cv-00316 |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant Oura Health Oy files this Notice of Appearance of Counsel and hereby notifies the Court that Jasjit S. Vidwan, a member of the bar of this Court, of the law firm MAYER BROWN LLP, 1999 K Street, NW, Washington, DC 20006, is appearing as counsel for Defendant Oura Health Oy. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: May 7, 2026

Respectfully submitted,

*/s/ Jasjit S. Vidwan*
Jasjit S. Vidwan (CO Bar No. 47722)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3065
Facsimile: (202) 263-3300
jvidwan@mayerbrown.com

*Counsel for Defendant Oura Health Oy*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of May, 2026, with a copy of this document via the Court's CM/ECF system per Local rule CV-5(a)(3).

/s/ Jasjit S. Vidwan
Jasjit S. Vidwan